UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES A. GILBERT | : | JURY TRIAL DEMANDED |
| Plaintiff | : | CASE NO. 3:13-cv-1860 |
| v. | : | |
| HUNT LEIBERT JACOBSON, P.C. | : | December 16, 2013 |
| Defendant | : | |

## COMPLAINT

Plaintiff James A. Gilbert ("Plaintiff"), by and through his undersigned attorneys, hereby files this Complaint against Hunt Leibert Jacobson, P.C ("Defendant"), and in support thereof alleges and states as follows:

### INTRODUCTION

1. This is an action for damages, costs, and attorney's fees seeking relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C § 1692.

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 15 U.S.C § 1692k and 28 U.S.C. § 1337.

3. Venue in this District is proper as the Plaintiff is an individual who resides in Enfield, Connecticut, the Defendant transacts business within the State of Connecticut and the conduct complained of occurred here.

### PARTIES

4. Plaintiff, James Gilbert, is a natural person residing in Enfield, Connecticut.

5. The Plaintiff is a consumer within the meaning of the FDCPA in that the underlying collection transaction involved a residential mortgage.

6. The Defendant Hunt Leibert Jacobson P.C. is a Connecticut professional corporation, engaged in the business of collecting debt in this state, with its principal place of business located at 50 Weston Street, Hartford, Connecticut.

7. The Defendant regularly attempts to collect consumer debts alleged to be due to another. The Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

8. The Defendant mailed a collection letter to Mr. Gilbert on June 7, 2012, demanding payment of a debt in the amount of $258,067.00 allegedly due to Bank of America, N.A. A copy of the letter is attached hereto as Exhibit A.

9. On June 22, 2012, the Plaintiff's counsel responded to the Defendant's June 7th letter informing it that Mr. Gilbert was represented, disputing the validity of the amount of the debt, and requesting verification of the debt via affidavit. A copy of the letter is attached hereto as Exhibit B.

10. Neither the Plaintiff nor his counsel received debt validation from the Defendant.

11. Instead, on January 23, 2013, the Defendant mailed a second collection letter to Mr. Gilbert demanding payment of a debt in the amount of $273,371.93 allegedly due to Bank of America, N.A. A copy of the letter is attached hereto as Exhibit C.

## CLAIM FOR RELIEF

12. The Plaintiff incorporates by reference the allegations in Paragraphs 1-11 as if fully set forth herein.

13. The Defendant violated the FDCPA. The Defendant's violations include, but are not limited to the following:

   a. The Defendant violated 15 U.S.C § 1692c(a)(2) by contacting the Plaintiff directly after being notified he was represented by an attorney with respect to the debt.

   b. The Defendant violated 15 U.S.C. § 1692g(b) by failing to provide verification of the debt and continuing its debt collection efforts after the Plaintiff disputed the debt in writing within thirty days of receiving notice of his 15 U.S.C § 1692g debt validation rights.

14. As a result of the above FDCPA violations, the Defendant is liable to the Plaintiff James Gilbert for statutory damages, costs, and attorney's fees.

**WHEREFORE,** the Plaintiff James Gilbert respectfully requests that judgment be entered against the Defendants for the following:

  A. Statutory damages pursuant to 15 U.S.C. § 1692k;

  B. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k;

  C. For such other and further relief as the Court deems just and proper.

        THE PLAINTIFF
        JAMES A. GILBERT


        By Counsel: /s/ Loraine Martinez
          Loraine Martinez (ct29220)
          Connecticut Fair Housing Center
          221 Main Street, 4th Floor
          Hartford, CT  06106
          (860) 263-0732

## CERTIFICATE OF SERVICE

      I hereby certify that on December 16, 2013 a copy of the foregoing was filed and served electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                    By: /s/ Loraine Martinez
                        Loraine Martinez (ct29220)
                        Connecticut Fair Housing Center
                        221 Main Street, 4th Floor
                        Hartford, CT  06106
                        (860) 263-0732