UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES A. GILBERT, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO. 3:13CV1860(AWT) |
| | : |
| HUNT LEIBERT JACOBSON, P.C. | : |
| | : |
| Defendant. | : |

ORDER

The parties have reported that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before May 9, 2014.

If the parties wish to file a stipulation (for approval by the court or simply for inclusion in the court's file), they may do so on or before May 9, 2014.

The date set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

It is so ordered.

Dated at Hartford, Connecticut this 25th day of March 2014.

/s/AWT

Alvin W. Thompson
United States District Judge